NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SP PLUS CORPORATION,**
*Plaintiff-Appellee*

**v.**

**IPT, LLC, DBA PAYLOCK,**
*Defendant/Third Party Plaintiff-Appellant*

**v.**

**PROFESSIONAL ACCOUNT MANAGEMENT LLC,**
*Third Party Defendant-Appellee*

---

2017-2151

---

Appeal from the United States District Court for the Eastern District of Louisiana in No. 2:16-cv-02474-MLCF-JCW, Judge Martin L.C. Feldman.

---

**JUDGMENT**

---

CHRISTOPHER KENT RALSTON, Phelps Dunbar LLP, New Orleans, LA, argued for plaintiff-appellee and third party defendant-appellee. Plaintiff-appellee SP Plus Corporation also represented by LINDSAY CALHOUN, ARTHUR R. KRAATZ.

SCOTT D. STIMPSON, Sills Cummis & Gross P.C., New York, NY, argued for defendant/third party plaintiff-appellant. Also represented by TOD M. MELGAR; MICHAEL J. PISKO, Newark, NJ.

ROBERT PATRICK VANCE, Jones Walker LLP, New Orleans, LA, for third party defendant-appellee. Also represented by TYLER J. RENCH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and STOLL, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 19, 2017            /s/ Peter R. Marksteiner
        Date            Peter R. Marksteiner
                          Clerk of Court